NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIBERT F. KONGTCHEU, | Civil Action No.: 13-1856 (CCC) |
| Plaintiff, | |
| v. | ORDER |
| SECAUCUS HEALTH CARE, LCC | |
| Defendant. | |

**CECCHI, District Judge.**

Plaintiff Philibert F. Kongtcheu seeks to bring this action *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docket Entry No. 1.) Having considered Plaintiff's IFP application, the Court concludes that Plaintiff has adequately established that Plaintiff's financial condition renders payment of the $400.00 filing fee a hardship.

Accordingly, it is on this 20th day of June, 2013

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is hereby granted; and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint without prepayment of the filing fee.

*s/Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
United States District Judge
