**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100  Fax (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial: (973) 618-4154
Email: naguida@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

August 15, 2019

***Via Lawyers Service and Electronic Filing***

Honorable Claire C. Cecchi, U.S.D.J.
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street
P.O. Box 999
Newark, New Jersey 07101
United State District Court

   **RE:   Kongtcheu, Philibert v. Secaucus Healthcare Center, LLC.**
   **Docket No.:   2:13-cv-1856-CCC-JAD**
   **Our File No.:   13152.00525**

Dear Judge Cecchi:

   This office represents the interests of Guarang Brahmbhatt, M.D. and Riverside Medical Group, LLC in the above-captioned action. On or about November 3, 2017, our office filed a motion to dismiss plaintiff's Complaint pursuant to the Affidavit of Merit Statute, <u>NJSA</u> 2A:53A-26, et seq. Plaintiff requested an extension of time to respond to this motion, and ultimately by way of Order dated November 17, 2017, Your Honor Ordered the Clerk to administratively terminate this case without prejudice(ECF 134.) Your Honor further ordered that when plaintiff is in a position to prosecute the case, he may file a letter with the Court seeking to re-open the instant matter.

   On or about December 6, 2018, my office wrote to the Court requesting that the instant matter be dismissed, with prejudice. I now renew that request as more than one year has passed since the dismissal of this action without prejudice, and plaintiff has failed to take any affirmative action whatsoever to secure an Affidavit of Merit or otherwise prosecute this matter against my clients. As such, defendants Guarang Brahmbhatt, M.D. and Riverside Medical Group, LLC respectfully requests that

United State District Court
August 15, 2019
Page 2
_____

plaintiff's Complaint against them be dismissed, with prejudice, for plaintiff's failure to comply with the Affidavit of Merit Statute.

I thank the Court for the attention to this matter.

We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          Nataliana A. Guida

NAG/tmc

cc:  Philibert F. Kongtcheu, Pro Se
     via e-mail, certified and regular mail)
     S. Christopher Martino, Esq.